ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Program Litigation 1 | Law & Policy
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KYLE M. KNOX,<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>      Defendant. | Case No.: 2:25-cv-02273-SCR<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

On remand, the Commissioner will offer Plaintiff the opportunity for an additional hearing; develop the record as necessary; and issue a new decision. The parties further request

that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE: March 10, 2026                    /s/ Jonathan Omar Pena____*
                                        JONTAHN OMAR PENA
                                        Attorney for Plaintiff
                                        (* approved via email on 3/13/26)

                                        ERIC GRANT
                                        United States Attorney

DATE: March 10, 2026          By    s/ Marcelo Illarmo
                                        MARCELO ILLARMO
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: March 16, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Stip. For Voluntary Remand;  Case 2:25-cv-02273-SCR        2